## In re Estate of William H. Haegele, Deceased. Myra Haegele Driever, Appellant, v. Martha Haegele, Executrix, Appellee.

Gen. No. 41,116.

opinion filed November 26, 1940. Willard R. Matheny and Clarence D. Nyhus, for appellant; William C. Scherwat, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."